JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    Email: thomas.m.oconnell@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FELIPE MOLINA,<br><br>    Defendant. | No. CR 09-00491-01-JW<br><br>STIPULATION TO CONTINUE SENTENCING; [~~PROPOSED~~] ORDER<br><br>[~~PROPOSED~~] DATE: 12/14/09<br>               TIME: 1:30 p.m. |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, THOMAS M. O'CONNELL, and defendant, Felipe Molina, by and through his attorney of record, RICHARD J. CUTLER, that the sentencing date in this cases be continued from Monday, November 16, 2009, at 1:30 p.m. until Monday, December 14, 2009, at 1:30 p.m.

///

///

1      This continuance is requested due to the unavailability of
2  defense counsel who is out of the office on personal leave until
3  December 2, 2009.
4
5  DATED: November ___, 2009      Respectfully Submitted,
6                                                        JOSEPH RUSSONIELLO
                                                     United States Attorney

BRIAN J. STRETCH
Assistant United States Attorney
Chief, Criminal Division

_____
THOMAS M. O'CONNELL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: November 10, 2009      /s/ Heidi [illegible] for Richard Cutler
                                      RICHARD J. CUTLER, Esq.
Attorney for Defendant
Felipe Molina

**IT IS SO ORDERED. Sentencing in this matter is continued until December 14, 2005, at 1:30 p.m.**

DATED: November 13, 2009      /s/ James Ware
                                      HONORABLE JAMES WARE
United States District Judge

1  This continuance is requested due to the unavailability of
2  defense counsel who is out of the office on personal leave until
3  December 2, 2009.

4

5  DATED: November 10th, 2009        Respectfully Submitted,

6                                     JOSEPH RUSSONIELLO
                                      United States Attorney
7
                                      BRIAN J. STRETCH
8                                     Assistant United States Attorney
                                      Chief, Criminal Division
9

10                                    _____
                                      THOMAS M. O'CONNELL
11                                    Assistant United States Attorney

12                                    Attorneys for Plaintiff
                                      United States of America
13

14
   DATED: November___, 2009           _____
15                                    RICHARD J. CUTLER, Esq.
                                      Attorney for Defendant
16                                    Felipe Molina

17

18 IT IS SO ORDERED.  Sentencing in this matter is continued until
   December 14, 2005, at 1:30 p.m.
19

20

21 DATED: November ___, 2009          _____
                                      HONORABLE JAMES WARE
22                                    United States District Judge

23

24

25

26

27

28