UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FELIPE MOLINA,<br>　　　　Defendant. | Case No. 09-cr-00491 EJD<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR RECALCULATION OF FEDERAL SENTENCE**<br><br>Docket Nos. 36, 37. |

On August 17, 2009, Defendant Felipe Molina ("Defendant") pled guilty pursuant to a written plea agreement to one count of possession with intent to distribute and distribution of 5 grams or more of actual methamphetamine in violation of 21 U.S.C. § 841(b)(1)(B)(viii). Dkt. No. 8. Defendant was thereafter sentenced to a custodial term of 60 months and four years of supervised release. Dkt. No. 16. Judgment was entered on December 17, 2009. Dkt. No. 17.

Presently before the court is Defendant's request that the court recalculate his sentence so that he receives good time credit and his sentence runs concurrently with a state court sentence. Dkt. Nos. 36, 37. According to the Federal Bureau of Prison's inmate database, Defendant was released on April 6, 2017. Defendant's motion is therefore DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge